**UNITED STATES of America,
Plaintiff-Appellee**

v.

**Benny Latham GRAHAM,
Defendant-Appellant**

**No. 16-50365
Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 12/13/2016

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Benny Latham Graham, Pro Se

Before KING, DENNIS, and COSTA, Circuit Judges.

**314**

PER CURIAM: *

The Federal Public Defender appointed to represent Benny Latham Graham has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Graham has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.